UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTINA BIGLEY,

    Plaintiff,                                   CASE NO:

vs.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.

_____/

## **NOTICE OF REMOVAL**

Defendant, Liberty Mutual Fire Insurance Company, pursuant to 28 U.S.C. § 1441 *et seq.*, removes this action from the Twentieth Judicial Circuit Court of Florida, in and for Collier County, Florida.

**I.    STATE COURT CASE**

    1.    On January 5, 2021, Plaintiff filed a complaint alleging breach of contract.

    2.    On January 11, 2021, Plaintiff served Liberty Mutual Fire Insurance Company with the complaint.

    3.    This Notice of Removal is filed within 30 days of receipt of the complaint pursuant to 28 U.S.C. § 1446(b).

    4.    28 U.S.C. § 1446(a) requires Liberty Mutual Fire Insurance Company to file copies of all process, pleadings, and orders served upon it, which are attached hereto as **Exhibit A.**

    5.    This case is removed to the United States District Court for the Middle District of Florida, Fort Myers Division because the State Court action was brought in

Collier County, Florida.  28 U.S.C. §§ 1441(a); 1446(a).

## II.  JURISDICTION

6. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

7. There is complete diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1).

8. Plaintiff Christina Bigley is a citizen of Florida.

9. Pursuant to 28 U.S.C. § 1332(c)(1), Liberty Mutual Fire Insurance Company is organized under the laws of the state of Wisconsin with its principal place of business in Boston, Massachusetts. Therefore, Liberty Mutual Fire Insurance Company is a citizen of Wisconsin and Massachusetts.

10. The amount in controversy exceeds $75,000, exclusive of interest and costs.

11. In this lawsuit, Plaintiff is alleging breach of contract.  In support of her claim, Plaintiff provided an estimate authored by Moreau Consultants, LLC, which totals $85,376.63. *See* **Exhibit B**.

12. Plaintiff also provided a sworn proof of loss in support of her claim, which alleges a total of $144,272.31. *See* **Exhibit C**.

13. Plaintiff alleges in her complaint that she is entitled to an award of attorneys' fees.  "When a statute authorizes the recovery of attorney's fees, and the plaintiff has requested attorney's fees, a reasonable amount of those fees is included in the amount in controversy." *Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1265 (11th

Cir. 2000).

14. Accordingly, the amount in controversy exceeds $75,000 exclusive of interest and costs.

## III. CONCLUSION

15. Liberty Mutual Fire Insurance Company removes this case to the United States District Court for the Middle District of Florida.

16. Liberty Mutual Fire Insurance Company demands trial by jury on all issues so triable.

17. Promptly after filing this notice of removal, Liberty Mutual Fire Insurance Company will give written notice to all adverse parties and will file a copy of this notice with the clerk of the State court, pursuant to 28 U.S.C. §1446(d).

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ Matthew J. Lavisky*
MATTHEW J. LAVISKY, ESQ.
Florida Bar No.: 48109
mlavisky@butler.legal
JAMIE COMBEE NOVAES, ESQ.
Florida Bar No.: 108447
jnovaes@butler.legal
Secondary: hmosher@butler.legal
          ehorton@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Counsel for Defendant

3

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

    Robin D. Benjamin, Esq.
    Benjamin Legal Group, P.A.
    7344 SW 48th Street, Suite 302
    Miami, FL 33155
    office@Benjaminlegalgroup.com
    Attorneys for Plaintiff

By email on February 1, 2021.

                                    JAMIE COMBEE NOVAES, ESQ.