IN THE CIRCUIT COURT OF THE
20TH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

CHRISTINA BIGLEY,

       Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

       Defendant.
_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, **CHRISTINA BIGLEY**, by and through undersigned counsel, and hereby sues the Defendant, **LIBERTY MUTUAL FIRE INSURANCE COMPANY** (hereinafter referred to as "LIBERTY MUTUAL"), and in support thereof alleges as follows:

1. This is an action for an amount in excess of Thirty Thousand ($30,000.00) Dollars, exclusive of attorney fees, costs, and interest.

2. At all times material hereto, the Plaintiff, CHRISTINA BIGLEY was and is a resident of COLLIER County, Florida and *sui juris*.

3. At all times material hereto, the Defendant, LIBERTY MUTUAL, was and is an insurance company authorized to and does write homeowners insurance policies within the State of Florida, and specifically within COLLIER County, Florida.

4. At all times material hereto, the Plaintiff was the owner of the property located at 1654 RAINBOW CT, Marco Island, COLLIER County, Florida.

5. That at all times material hereto, the subject property was insured under a policy of insurance issued by the Defendant to Plaintiff; specifically policy number: H32-251-144046-1009. (A copy of the policy is not attached hereto, but the Defendant has it within its possession).

6. At all times material hereto, the policy of insurance was in full force and effect.

7. The policy of insurance provides, in pertinent part, that the Defendant, LIBERTY MUTUAL, provides coverage for property damage, including contents, rendered to Plaintiff's subject property that are the result of an accident, whether natural in cause or not, and said policy is required to comply with the provisions of Florida Law.

8. That on or about August 7, 2020, the Plaintiff's property was damaged directly and/or indirectly by water due to a broken and/or leaking pipe.

9. That as a result thereof, Plaintiff sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures.

10. That the Plaintiff did forthwith give timely notice to Defendant of such loss, and did thereafter deliver to the Defendant, LIBERTY MUTUAL, a full and particular account of the Plaintiff's expenses and losses as a result of the said accident.

11. The Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiffs' damages and/or loss, and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiff's contract with LIBERTY MUTUAL.

12. The Plaintiff has complied with all conditions precedent to bringing the instant cause, and/or all such conditions have been waived by the Defendant.

13. That the Defendant's conduct has caused the Plaintiff to retain the services of the undersigned counsel to represent him in this action, and Plaintiff is entitled to attorney fees and costs under Sections 627.428, Florida Statutes.

**WHEREFORE**, the Plaintiff, **CHRISTINA BIGLEY**, demands judgment against the Defendant, **LIBERTY MUTUAL FIRE INSURANCE COMPANY**, for damages, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable, as a matter of right.

**DATED** this 5th day of January, 2021.

Robin D. Benjamin, Esquire
**BENJAMIN LEGAL GROUP, P.A.**
Attorneys for Plaintiff
7344 SW 48th Street, Suite 302
Miami, Florida 33155
Phone: 305.667.3330
Fax    : 305.667.6851
Pleadings only:
Office@Benjaminlegalgroup.com

By: _/s/ Robin D. Benjamin, Esq._
　　Robin D. Benjamin